```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

JACQUELYN THOMAS,                )
                                 )
        Plaintiff                )
                                 )    No. 3:13:0078
v.                               )    Judge Sharp/Brown
                                 )
BODYWORKS EMPORIUM, LLC and      )
CHALEE TENNISON GILLESPIE        )
d/b/a BODYWORKS EMPORIUM,        )
                                 )
        Defendants               )

### **O R D E R**

A telephone conference was held with the parties on August 12, 2013. As an initial matter there is no opposition to the pending motion to amend the answer and file a counterclaim (Docket Entry 16). Therefore, that motion is **GRANTED** and the **Clerk** will file the proposed amended answer and counterclaim.

Plaintiff's counsel advised that in view of the counter-claim they would be filing a revised answer and might consider an additional claims of their own. Despite these changes the parties were reasonably confident that they could still comply with the September 20, 2013, discovery deadline.

The parties further advised that they did not believe alternative dispute resolution would be useful at this particular time. The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at any point.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge