UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACQUELYN THOMAS, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 3:13-00078 |
| | ) | Judge Sharp |
| BODYWORKS EMPORIUM, LLC, and | ) | |
| CHALEE TENNISON GILLESPIE, | ) | |
| d/b/a BODYWORKS EMPORIUM, | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## ORDER

Given that this case is set for a bench trial and given that there appear to be genuine issues of fact in relation to (1) Plaintiff's "Fair Labor Standards Act Retaliation" claim (Count I), including what she said at the June 21, 2012 staff meeting; and (2) her "Intentional Interference With Business Relations" claim (Count III), including whether Plaintiff either asked for or had a copy of her employment agreement, the Motions for Partial Summary Judgment (Docket Nos. 33 & 36) are hereby DENIED. The Final Pretrial Conference will be held on March 24, 2014, at 3:30 p.m., and the non-jury trial will commence on April 8, 2014, both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE